# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Michael Eugene Owens, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:15-cv-00039-RJC-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Conde Nast Publication<br>Gentlemen Quarterly<br>Charles H. Townsend, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 30, 2015 Order.

July 31, 2015

_____
Frank G. Johns, Clerk
United States District Court